■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES STEVENSON, Appellant. [771 NYS2d 908]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered July 23, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

To the extent the defendant's claim of ineffective assistance of counsel involves matter dehors the record, it may not be reviewed on this appeal (*see People v Aguirre,* 304 AD2d 771 [2003]). Insofar as his claim may be reviewed, the record, as a whole, demonstrates that he received meaningful representation (*see People v Henry,* 95 NY2d 563 [2000]; *People v Baldi,* 54 NY2d 137 [1981]).

Contrary to the defendant's contention, the Supreme Court's *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371 [1974]) was a provident exercise of its discretion (*see People v Mattiace,* 77 NY2d 269 [1990]; *People v Rahman,* 46 NY2d 882 [1979]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review or do not warrant reversal. Altman, J.P., Smith, H. Miller and Mastro, JJ., concur.